# NO. 12-19-00051-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *IN THE MATTER OF THE* | *§* | *APPEAL FROM THE* |
| *MARRIAGE OF CAROL WILLIAMS* | *§* | *COUNTY COURT AT LAW* |
| *AND DELMAN WILLIAMS* | *§* | *VAN ZANDT COUNTY, TEXAS* |

*MEMORANDUM OPINION*
*PER CURIAM*

Appellant, Carol Ann Williams, filed a notice of nonsuit of appeal, in which she states that she no longer desires to pursue this appeal and that Appellee, Delman Williams, has no pleadings on file in which he seeks affirmative relief. We construe the notice as a motion to dismiss this appeal. No decision has been delivered in this appeal. Accordingly, Appellant's motion to dismiss is granted, and the appeal is ***dismissed***. *See* TEX. R. APP. P. 42.1(a)(1).

Opinion delivered March 5, 2019.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*

(PUBLISH)



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**MARCH 5, 2019**

**NO. 12-19-00051-CV**

**IN THE MATTER OF THE MARRIAGE OF
CAROL WILLIAMS AND DELMAN WILLIAMS**

Appeal from the County Court at Law

of Van Zandt County, Texas (Tr.Ct.No. FM16-00340)

THIS CAUSE came on to be heard on the motion of the Appellant to dismiss the appeal herein, and the same being considered, it is hereby ORDERED, ADJUDGED and DECREED by this Court that the motion to dismiss be **granted** and the appeal be **dismissed,** and that the decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*